**DENIED and Opinion Filed January 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01554-CV

## IN RE LEVY PREMIUM FOOD SERVICE, LLC D/B/A LEVY RESTAURANTS, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06335-A**

# MEMORANDUM OPINION
Before Justices Schenck, Reichek, and Evans
Opinion by Justice Schenck

Before the Court is relator's December 19, 2019 petition for writ of mandamus. In its petition, relator requests this Court to vacate the trial court's October 15, 2019 order denying relator's motion to transfer and to direct the trial court to enter an order transferring this case to the 160th Judicial District Court, where an earlier suit relator contends arises out of the same transaction or occurrence is pending. To be entitled to mandamus relief, relator must show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and mandamus record, we conclude relator has failed to show it is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

191554F.P05